## **Exhibit G**



# MEMORANDUM OF UNDERSTANDING
# BETWEEN SPARTRONICS
# AND GENERAC

**1.** **Parties.** This Memorandum of Understanding (hereinafter referred to as "MOU") is made and entered into by and between Spartronics, whose address is 2333 Reach Rd, Williamsport, PA 17701, and Generac, whose address is 53 Darling Ave., S. Portland, ME 04106.

**2.** **Purpose.** The purpose of this MOU is to establish the terms and conditions under which materials are forecasted and purchased in support of Generac demand.

**3.** **Term of MOU.** This MOU is effective upon the day and date last signed and executed by the duly authorized representatives of the parties to this MOU and the governing bodies of the parties' respective counties or municipalities and shall remain in full force and effect until March 31, 2022.

**4.** **Responsibilities of Generac.** Generac shall issue and maintain Purchase Orders six (6) months ahead of requested ship date issued on a monthly basis (i.e. one month is added as one month is completed). Generac shall issue a 15-month rolling forecast no less than quarterly which will include the first 6 months showing open Purchase Orders already issued.

Generac payment terms for Product shall continue to be N30 in exchange for Spartronics securing material and utilizing its' working capital in support of Generac's 15 month forecast.

In the event materials procured to forecast are not consumed within 12 months of receipt, Generac shall buy such materials at cost + 8%.

**5.** **Responsibilities of Spartronics.**

Spartronics shall load Generac Purchase Orders and forecast demand up to 15 months in order to trigger material requirements and place material on order to meet Generac demand per the material lead-time for each individual part.

**6.** **General Provisions**

   **A.** **Amendments.** Either party may request changes to this MOU. Any changes, modifications, revisions or amendments to this MOU which are mutually agreed upon by and between the parties to this MOU shall be incorporated by written instrument, and effective when executed and signed by all parties to this MOU.

7.  **Signatures.** In witness whereof, the parties to this MOU through their duly authorized representatives have executed this MOU on the days and dates set out below, and certify that they have read, understood, and agreed to the terms and conditions of this MOU as set forth herein.

The effective date of this MOU is the date of the signature last affixed to this page.

**SPARTRONICS**

_____   11 Oct 2021
Dung Tran | Vice President and General Manager   Date

**GENERAC**

_____   11-October-2021
[Name and Title]   Date
CMO